## AIRPORT AUTHORITY v. STEWART

No. 49 PC.

Case below: 9 N.C. App. 505.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 8 December 1970.

## CLOTT v. GREYHOUND LINES

No. 54 PC.

Case below: 9 N.C. App. 604.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 January 1971.

## JERNIGAN v. LEE

No. 44 PC.

Case below: 9 N.C. App. 582.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 16 December 1970.

## SAMONS v. MEYMANDI

No. 48 PC.

Case below: 9 N.C. App. 490.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 January 1971.

## STATE v. BENFIELD

No. 59 PC.

Case below: 9 N.C. App. 657.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 January 1971.

## STATE v. MORGAN

No. 6.

Case below: 9 N.C. App. 624.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 January 1971.